**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| PERSONAL AUDIO, LLC, | |
| Plaintiff, | CASE NO. 1:15-CV-00350-RC |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

**ORDER GRANTING GOOGLE INC.'S MOTION TO DISMISS
PERSONAL AUDIO, LLC'S AMENDED COMPLAINT**

Before the Court is Defendant Google Inc.'s Motion To Dismiss the Amended Complaint of Plaintiff Personal Audio, LLC for (1) improper venue; and (2) failure to state any claim upon which relief may be granted pursuant to Rule 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure.  Having considered the Motion, the allegations of the Amended Complaint, and the applicable law, the Court hereby GRANTS Google's Motion.  Plaintiff's Amended Complaint, ECF No. 38, is hereby dismissed.

SO ORDERED.