\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 1:15-cv-350 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| GOOGLE, INC., | § | PRD |
| | § | |
| *Defendant*. | § | |

**ORDER EXTENDING DEADLINE TO RESPOND TO GOOGLE'S MOTION TO DISMISS FOR IMPROPER VENUE AND SETTING PHONE STATUS CONFERENCE**

Plaintiff Personal Audio moves to amend several current deadlines in light of the Supreme Court's recent decision regarding patent venue law in *TC Heartland* (Dkt. # 74), including Personal Audio's June 13, 2017 deadline to respond to Defendant Google, Inc.'s Motion to Dismiss based on improper venue (Dkt. # 73). The court finds that there is good cause to extend this deadline, and the deadline shall be continued until June 30, 2017.

Further, the court has determined that a case status conference is required in order to address the parties' positions regarding venue in this case after *TC Heartland* and the venue-related discovery that was served on Google on June 1, 2017.

All other deadlines in the current Scheduling Order (Dkt. # 52) shall be stayed pending resolution of the venue dispute.

It is THEREFORE ORDERED that Personal Audio's deadline to respond to Google's Motion to Dismiss (Dkt. # 73) is CONTINUED from June 13, 2017, to **June 30, 2017**.

It is FURTHER ORDERED that a status conference in this case is set for **Monday, June 19, 2017, at 1:30 p.m.** Counsel shall appear by phone only, and the Deputy Clerk shall provide dial-in information.

It is FURTHER ORDERED that all other deadlines in the Scheduling Order (Dkt. # 52), including those related to claim construction briefing, are STAYED until further notice by the court.

So **ORDERED** and **SIGNED** this **13** day of **June, 2017.**

_____
Ron Clark, United States District Judge